**Order entered November 17, 2014**



In The

# Court of Appeals
# Fifth District of Texas at Dallas

## No. 05-14-00907-CR

**ADRIAN GERARDO FLORES, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the 194th Judicial District Court
Dallas County, Texas
Trial Court Cause No. F11-62554-M**

## ORDER

The Court **REINSTATES** the appeal.

On October 30, 2014, we ordered the trial court to make findings regarding why the reporter's record has not been filed. On November 13, 2014, we received a copy of the trial court's September 26, 2014 order allowing appellant to withdraw his guilty plea and setting the case for trial. Accordingly, there is no longer an appealable order in place. We will dismiss the appeal in due course.

/s/    ADA BROWN
       JUSTICE